```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        APR 1 7 2013

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-0040-HDM-VPC |
| Plaintiff, | **ORDER** |
| vs. | |
| MAURICE K. COLEMAN, | |
| Defendants. | |

On April 17, 2013, defendant Maurice K. Coleman was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve two (2) days in jail at the Washoe County Detention Center for violations of his supervised release as follows:

1. On Monday, April 22, 2013, defendant shall surrender to the United States Marshals Office by no later than 3:00 p.m. to be taken into custody and transported to the Washoe County Detention Center.

2. On Wednesday, April 24, 2013, defendant shall be released from custody on his own recognizance at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: April 17, 2013.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE