```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

        JUL - 8 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-0040-HDM (VPC) |
| Plaintiff, | ORDER |
| vs. | |
| MAURICE KEVIN COLEMAN, | |
| Defendant(s) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of July 9, 2014, MAURICE COLEMAN's two-year term of supervised release imposed on March 6, 2013, is hereby reduced by one year, for a one-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: July 8, 2014.

HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE